IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ARTILES-TAVERAS | No. 17-cr-10212-GAO |

### MOTOIN TO WITHDRAW AS COUNSEL AND TO APPOINT CJA COUNSEL

Undersigned counsel (J. Roberto Cardenas as lead counsel and William W. Fick as local counsel) hereby move to withdraw and to appoint successor counsel under the Criminal Justice Act ("CJA"). As grounds for this motion, in light of changed circumstances and lapse of time, and upon consultation, Mr. Artiles-Taveras is unable to retain undersigned counsel going forward and wishes for the Court to appoint successor counsel to represent him. Mr. Artiles-Taveras is prepared to complete a CJA23 financial disclosure in consultation with CJA counsel, consistent with the standard practice in this district. Because this case is still in its early stages, there should be no prejudice to Mr. Artiles-Taveras or the interests of justice in appointing successor counsel at this time.

Respectfully submitted,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

and

J. ROBERTO CARDENAS, ESQ. (*pro hac vice*)
CARDENAS LAW OFFICE
119 W. 57th Street, Suite 1215
New York, New York 10019
T: (212) 977-7095
roberto@jrc-esq.com

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2021.

    */s/ William Fick*