UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ARTILES TAVERAS,<br><br>Defendant | Criminal No. 1:17-cr-10212-GAO<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 5 Kilograms or More of Cocaine<br>(21 U.S.C. § 846)<br><br>Count Two: Possession with Intent to Distribute 500 grams or More of Cocaine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(ii); 18 U.S.C. § 2)<br><br>Count Three: Contempt<br>(18 U.S.C. § 401(3))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

SUPERSEDING INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Five Kilograms or More of Cocaine
(21 U.S.C. § 846)

The Grand Jury charges:

From on or about April 17, 2017, through on or about June 2, 2017, in the District of Massachusetts, and elsewhere, the defendant,

JUAN ARTILES TAVERAS,

conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United

1

States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 5 kilograms or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 5 kilograms or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, was reasonably foreseeable by, and is attributable to, JUAN ARTILES TAVERAS. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to defendant JUAN ARTILES TAVERAS.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Possession with Intent to Distribute
500 Kilograms or More of Cocaine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about June 2, 2017, in the District of Massachusetts, the defendant,

JUAN ARTILES TAVERAS,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT THREE
### Contempt
### (18 U.S.C. § 401(3))

The Grand Jury further charges:

Between on or about August 24, 2018 and January 26, 2021, in the District of Massachusetts, and elsewhere, the defendant,

### JUAN ARTILES TAVERAS,

did knowingly and willfully disobey and resist a lawful order, rule, decree, and command of a Court of the United States of America, to wit: an order issued on June 9, 2017, by United States Magistrate Judge Jennifer C. Boal, limiting the defendant's travel to the Districts of New Jersey and Massachusetts and other states only for the purpose of traveling from New Jersey to Massachusetts to meet with his attorney or attend court appearances.

All in violation of Title 18, United States Code, Section 401(3).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 846 and 841, set forth in Count One and Two, the defendant,

## JUAN ARTILES TAVERAS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 24, 2021
Returned into the District Court by the Grand Jurors and filed.

Dawn M. King    4:01pm
DEPUTY CLERK